

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2019

No. 04-19-00180-CV

**IN RE FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Sandee Bryan Marion, Chief Justice
     Patricia O. Alvarez, Justice
     Irene Rios, Justice

On July 11, 2019, the real party in interest filed a Motion for Rehearing. After considering the arguments raised by the real party in interest, the motion is DENIED.

It is so **ORDERED** on July 17, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI11399, styled *Cassandra Longoria v. Farmers Insurance d/b/a Farmers Texas County Mutual Insurance*, pending in the 285th Judicial District Court, Bexar County, Texas. The Honorable Karen H. Pozza signed one of the orders and the Honorable Laura Salinas signed another order at issue in this proceeding.